# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Saleem Hadi, | No. CV-15-00180-TUC-FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax, et al., | |
| Defendants. | |

Upon consideration of Plaintiff's Motion to Dismiss (Doc. 47),

IT IS HEREBY ORDERED that Plaintiff's request for voluntary dismissal of this action without prejudice is granted;

IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case and deny all pending matters as moot.

Dated this 8th day of October, 2015.

_____
Frank R. Zapata
Senior United States District Judge